IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOB PORTO, for himself and
all other Arkansans similarly
situated, d/b/a Bob Porto Builders**                                                      **PLAINTIFF**

V.                                        4:17CV00436 JM

**SAFECO INSURANCE COMPANY OF AMERICA**                           **DEFENDANT**

## JUDGMENT

Based upon the Order entered today, this case is DISMISSED without prejudice.

    IT IS SO ORDERED this 5th day of December, 2017.

                                                    _____
                                                  James M. Moody Jr.
                                                  United States District Judge